THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. LOUIS DUKE, Respondent.— Appeal by the People from an order dismissing an indictment for abortion

as to one of three defendants. Aside from some harmless, irrelevant and incompetent testimony, there was ample proof submitted to the grand jury which, unexplained or uncontradicted, would warrant a conviction by a trial jury. Order dismissing indictment reversed on the law, motion to dismiss the indictment denied and indictment reinstated. Lazansky, P. J., Young, Carswell, Tompkins and Johnston, JJ., concur.